**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**UNDER SEAL**

November 24, 2015

The Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Elshout, 15 Cr. 810**

Dear Chief Judge Maas:

    The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the above-referenced indictment and related arrest warrant for Jeroen Van Den Elshout, which was returned on November 23, 2015. We request that the indictment and warrant be unsealed for the limited purpose of providing the indictment and warrant to foreign and domestic law enforcement and other government authorities in connection with requests to other countries for the defendant's arrest and extradition to this country. We request that the indictment and warrant otherwise remain sealed until further order of the Court.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney for the
    Southern District of New York

By: _____
    Ilan Graff/Andrea Surratt
    Assistant United States Attorneys
    (212) 637-2296/2493

SO ORDERED:

_____
HONORABLE FRANK MAAS  11/24/15
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
[stamp illegible]
11/24/15