

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2017

March 29, 2017

**MEMO ENDORSED**

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States** v. **Jeroen Van Den Elshout**, 15 Cr. 810 (VEC)

Dear Judge Caproni:

Earlier today, the above-referenced defendant was presented before the Honorable James C. Francis, U.S. Magistrate Judge. The Court has scheduled the defendant's arraignment and initial pretrial conference for April 6, 2017, at 12:00 p.m. The Government respectfully requests, with the defendant's consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today's date and April 6, 2017. The requested exclusion will enable the parties to continue discussions of a potential disposition of this case. A proposed order excluding time is attached for the Court's consideration. As noted, the defense consents to this request.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By: /s/ George D. Turner
George D. Turner / Shawn G. Crowley
Assistant United States Attorneys
(212) 637-2562 / 1034

Application DENIED. Discussions regarding a potential pre-trial disposition are not grounds to exclude time pursuant to Section 3161(h)(7)(A).

SO ORDERED.

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

3/29/2017