USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

JEROEN VAN DEN ELSHOUT,
                              Defendant.
---------------------------------------------------------------- X

15-CR-810 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS a status conference is scheduled in this matter for June 14, 2017 at 4:00 p.m;

IT IS HEREBY ORDERED that the parties' status conference is rescheduled for **June 16, 2017 at 11:00 a.m.**

The time between June 14, 2017 and June 16, 2017 is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served outweigh the interest of the public and the defendant in a speedy trial. Specifically, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), given the complexity of this matter and the parties' ongoing negotiations of a disposition, failing to grant a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**SO ORDERED.**

Date: June 7, 2017
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**